IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LARRY HAYNES**
            **Plaintiff,**

vs.                                  Case No. 3:07cv336/RS/MD

**VETERANS ADMINISTRATION, et al.,**
            **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on August 13, 2007 by filing a civil complaint. (Doc. 1). The complaint named two defendants: the Veterans Administration and Mary M. Callaway. On January 3, 2008 the Veterans Administration filed a motion to dismiss. (Doc. 36). In response, plaintiff has filed a motion to dismiss his claims against the Veterans Administration. (Doc. 46).

Rule 41 of the Federal Rules of Civil Procedure provides that a plaintiff may voluntarily dismiss an action without order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment. FED.R.CIV.P. 41(a)(1). Accordingly, plaintiff should be allowed to voluntarily dismiss his claims against this defendant.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion to dismiss (doc. 46) be GRANTED.

2. That defendant Veterans Administration's motion to dismiss (doc. 36) be DENIED AS MOOT.

3. That plaintiff's claims against the Veterans Administration (only) be DISMISSED.

At Pensacola, Florida, this 17th day of January, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).