IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY HAYNES,

        Plaintiff,

vs.                                      CASE NO. 3:07cv336/RS-MD

VETERANS ADMINISTRATION, et al,

        Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 48). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The relief requested by Plaintiff's Motion To Dismiss (Doc. 46) is granted, and Plaintiff's claims against the Veterans Administration (only) are dismissed. The Veterans Administration is dropped as a party-defendant to this action.

3. The Defendant Veterans Administration's Motion To Dismiss (Doc. 36) is denied as moot.

ORDERED on March 12, 2008.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**