IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LARRY HAYNES**
       Plaintiff,

vs.                                      Case No. 3:07cv336/RS/MD

**MARY CALLAWAY,**
       Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion to voluntarily dismiss his claims against Mary Callaway. (Doc. 69). Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff's motion will be granted. As Ms. Callaway is the only remaining defendant in this action, this case will be closed.[1]

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion to dismiss (doc. 69) be GRANTED.
2. That plaintiff's claims against Mary Callaway be DISMISSED.
3. That the clerk be directed to close the file.

At Pensacola, Florida, this 1st day of May, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's claims against the Veterans Administration were dismissed on March 12, 2008. (Doc. 62).

*Page 2 of  2*

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**