IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY HAYNES,

    Plaintiff,

vs.                               CASE NO. 3:07cv336/RS-MD

MARY M. CALLAWAY,

    Defendant.
_____/

### ORDER

Before me are Plaintiff's Motion to Voluntarily Dismiss (Doc. 69) and the Magistrate Judge's Report and Recommendation (Doc 70). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion to Dismiss (Doc. 69) is granted and Plaintiff's claims against Defendant Mary M. Callaway are dismissed.

3. The clerk is directed to close the file.

**ORDERED** on May 30, 2008.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**